# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIM. NO. 06-MG6636-01** |
| **VERSUS** | * | |
| **WALTER J. BONIN, JR.** | * | **MAGISTRATE JUDGE HILL** |

# ORDER

The defendant appeared before the undersigned on September 28, 2006 for a preliminary examination, identity hearing and detention hearing on a warrant issued by the United States District Court for the Middle District of Tennessee for violation of the terms of his pre-trial release and bond. The undersigned, after observing the defendant in court on two occasions, and after a careful review of the reports and rulings in the original case in this district involving Mr. Bonin (Docket No. 04-MG-6017-01) has no reason to disagree with the ruling of Judge Methvin, signed December 9, 2004, in which she held that the defendant was incompetent. In fact, from the personal observations of the defendant by the undersigned and an independent review of the reports in the record, the undersigned agrees with the prior rulings of Judge Methvin. Accordingly;

**IT IS ORDERED** that the defendant be examined by Dr. James Blackburn for the purpose of updating his previous report on the defendant and that he specifically attempt to determine whether the defendant, Walter J. Bonin, Jr., is "presently suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to the property of another." 18 U.S.C. § 4246. Dr. Blackburn should also attempt to determine whether it appears that any additional evaluation should be

undertaken to determine whether there has been any change in the defendant's condition between the date of Judge Methvin's ruling finding the defendant incompetent (December 9, 2004) and the present, such that Mr. Bonin might now have become competent to assist counsel in his defense. This report is to be furnished to the undersigned as soon as possible, but in any event, no later than thirty (30) days from the date of this order;

**IT IS FURTHER ORDERED**, that the following persons and entities shall make their files and records on the defendant available to Dr. Blackburn for his use in this evaluation within ten (10) days of the date of this order: (1) The State of Louisiana, Office of Hospitals, University Medical Center, 2990 West Congress, Lafayette, Louisiana; (2) State of Louisiana, Office of Mental Health, Dr. Joseph Henry Tyler, Jr., Mental Health Center, 302 Dulles Drive, Lafayette, Louisiana; (3) The United States Marshall for the Western District of Louisiana, particularly the files of Deputy United Sates Marshall, Ed Comeaux; (4) Pre-trial supervision Officer Marc Coleman, Office of the United States Probation Office, Western District of Louisiana;

**IT IS FURTHER ORDERED**, that a copy of this order shall be served as soon as possible on the persons and entities set out above;

**IT IS FURTHER ORDERED**, that the defendant be transported to a location of Dr. Blackburn's choosing within Lafayette or St. Martin Parishes by the United States Marshall for the evaluation;

**IT IS FURTHER ORDERED**, that the defendant remain in the custody of the United States Marshall, under conditions reasonably suitable to provide protection for the defendant, pending the completion of these proceedings;

**IT IS FURTHER ORDERED**, that the cost of the examination be paid by the

Department of Justice, for those reasons set out in Judge Methvin's ruling of December 9, 2004.

Lafayette, Louisiana, September 29, 2006.

C. Michael Hill
_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE